Ricky JONES, a/k/a George Jones, Petitioner–Appellant,

v.

Ronald ANGELONE, Director; Alton Baskerville, Respondents–Appellees.

No. 01–6436.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 17, 2001.

Decided Aug. 28, 2001.

Ricky Lee Jones, pro se.

Banci Enga Tewolde, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

PER CURIAM.

Ricky Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We grant Jones' motion to file an addendum to his informal brief. We have reviewed the record and the district court's opinion, as well as Jones' informal brief and addendum, and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Jones v. Angelone,* No. CA 00–1542–AM (E.D.Va. Feb. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*